IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01874-WYD-PAC

BRYAN R. LANGERUD,

     Plaintiff(s),

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

     Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed March 6, 2007 (document #17).  The stipulation states that the parties have resolved the issues involved in this case and have executed a confidential settlement agreement.  Therefore, in consideration of the stipulation and file in this matter, it is hereby

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**, each party to pay their costs and attorney's fees.

Dated:  March 12, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge